# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2006

Clifford W. Taylor,
Chief Justice

129453 & (79)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF MT. PLEASANT,
　　　　Petitioner-Appellant,

v

STATE TAX COMMISSION,
　　　　Respondent-Appellee.

SC: 129453
COA: 253744
MTT: 00-191496, 196247,
238596, 240992, 240993,
240994, and 240995

_____/

On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals is considered, and it is GRANTED, limited to whether MCL 211.7m exempts property from taxation on the basis that it is "used for public purposes" within the meaning of that statutory provision when the property is owned by a city after having been acquired to allow the area to be annexed to that city and is being assembled and prepared with infrastructure for eventual sale for economic development purposes that have been determined by the city to be in the public interest. The parties are DIRECTED to include in their briefs a discussion of (1) the time period(s) that petitioner owned the property at issue or parts thereof, (2) the nature of any improvements to or other use of the property by petitioner during those periods, and (3) whether, by virtue of such improvements or uses, the property was "used for public purposes" within the meaning of MCL 211.7m.

The Charter County of Wayne's motion for leave to file brief amicus curiae is GRANTED. Other persons or groups interested in the determination of the question presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2006

_____
Clerk

d0110